## 33037. ACKER v. ACKER.

UNDERCOFLER, Presiding Justice.

The wife appeals from the judgment of divorce on the ground that the husband was illegally awarded alimony from her estate. The parties *jointly* owned their residence in Chatham County and two lots in Liberty County. The trial court granted the Chatham residence to the wife and the Liberty lots to the husband. Under *Gorman v. Gorman,* 239 Ga. 312 (236 SE2d 352) (1977), such a verdict by the court is authorized in the exercise of its equity powers. *Lowry v. Lowry,* 238 Ga. 593 (234 SE2d 509) (1977), is distinguishable because there the trial court illegally gave the husband an undivided one-half interest in property owned *solely* by the wife. The judgment is not contrary to law.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 9, 1978 — DECIDED JANUARY 24, 1978.

*Miller, Beckmann & Simpson, John M. Tatum,* for appellant.

*Berry & McCallar, C. James McCallar, Jr.,* for appellee.